Clerk,

Please file the included letter ~~twi~~ in cause # WR-83,071-01 Please also ensure the court recieves a copy of this letter. One Page to file. Thank you for your time.

Vinson Cowan

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

To the court hearing cause# WR-83,071-01

My name is Vinson Cowan. I am writing you pertaining to an affidavit filed by Robert Kleagor in my writ of Habeas Corpus. ~~oooooooooooooo~~ If I may I would like to point out some issues with his affidavit to the court.

The first issue I would like to point out is that he contradicts himself. He says he fully investigated my claims of Innocense, but how could he have if he refused to contact my alibi witness and he refused to supeana testimony beneficial to proving my innocence.

The second issue I would like to point is that he presented to me a plea paper at the court house, on the day he informed me was the day the trial was scheduled without telling me about a plea that was being offered beforehand and I had requested he supeana the testimony and contact my alibi witness several months prior to the day I had pled guilty and Robert Kleagor refused just like I explained in my writ and he admits to refusing in his affidavit And as I explained in my writ I felt compelled to plead guilty since he refused to help me get the evidence I needed. I had never agreed to take a plea until the day of what he had informed me was the trial.

The third issue I would like to point out is he said he spoke with witnesses and spoke with Linda Cowan. I would like to know who these imaginary witnesses are that he claims to have spoken with, and he never spoke to Linda Cowan. Please request testimony from Linda Cowan pertaining to this she is at the "crain unit" in Gatesville, TX run by T.D.C.J. Please also request testimony from the imaginary witnesses Robert Kleagor claims to have spoken to.

The final issue is if I agreed beforehand to a plea agreement, why would I be asking for him to supeana evidence and talk to my alibi witness? He is obviously lying.

4/1/15